UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-20973-JLK

WINDY LUCIUS,

    Plaintiff,

v.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
a foreign limited liability company doing business
in Florida,

    Defendant.
_____/

<b><u>FINAL ORDER OF DISMISSAL</u></b>

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #7) filed April 15, 2020, in the above-styled case indicating that a settlement was reached between the parties.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED.  The Court retains jurisdiction to enforce the terms of the settlement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of April, 2020.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record